IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>          v.<br><br>YGNACIA BRADFORD,<br><br>    Defendant and Judgment Debtor.<br><br>PACIFIC GAS AND ELECTRIC,<br><br>    Garnishee. | Case No.:  2:15-mc-00041-JAM-EFB<br><br>**ORDER GRANTING APPLICATION FOR A FINAL ORDER OF CONTINUING GARNISHMENT (WAGES AND DISABILITY BENEFITS)**<br><br>Criminal Case No.:  2:10-cr-00223-JAM<br><br>[No Hearing Requested] |

Pending before the Court is the United States' unopposed application for a final order of continuing garnishment (the Application) for the garnishment of defendant Ygnacia Bradford's wages and disability benefits earned at garnishee Pacific Gas and Electric (PG&E).  The Court, finding good cause therefrom, hereby GRANTS the Application.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1.  Defendant Ygnacia Bradford's wages and long-term disability are GARNISHED.

2.  PG&E shall DELIVER, within fifteen (15) days of the date of this Order, a cashier's check or money order to the Clerk of Court in the amount of twenty-five percent (25%) of the wages and disability benefits Defendant earned from PG&E from May 11, 2015, the date the United States served PG&E with the writ of garnishment, through the date of this order.

3. Thereafter, PG&E shall DELIVER to the Clerk of Court monthly payments in the amount of 25% of the wages and disability benefits PG&E pays the Defendant until the date PG&E no longer pays Defendant any benefits, compensation or earnings. PG&E shall NOTIFY Michelle Lecroy of the United States Attorney's Office, Eastern District of California, Financial Litigation Unit, if any of Defendant's monthly entitlements cease.

4. PG&E shall MAKE the ordered payments payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. PG&E shall also state the docket number (Case No.: 2:10-cr-00223-JAM) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated: 8/9/2016

/s/John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE