IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MC-00041-JAM-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| YGNACIA BRADFORD, | |
| Defendant and Judgment Debtor. | CRIMINAL CASE NO.: 2:10-CR-00223-JAM |
| PACIFIC GAS AND ELECTRIC, | |
| Garnishee. | |

## **ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating wage/disability garnishment (the Application), and finding good cause therefrom, hereby GRANTS the Application. The writ of garnishment previously issued on May 11, 2015 against Ygnacia Bradford, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and the Clerk of Court shall CLOSE this miscellaneous case.

**IT IS SO ORDERED.**

Dated: 3/29/2018      /s/ John A. Mendez
                     JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE

ORDER TERMINATING WRIT OF GARNISHMENT